WALTER F. JENKINS et al., Appellants, *v.* 313–321 W. 37TH STREET CORPORATION, Appellant, and NATIONAL TRANSPORTATION CORPORATION et al., Respondents, Impleaded with Another.

Submitted January 8, 1940; decided January 16, 1940.

*William H. Monroe* and *Daniel Mungall* for motion.
*Harry H. Brown* for defendant-appellant, opposed.
*Edward M. Edenbaum* for plaintiffs, appellants.

Motion to dismiss appeal of plaintiffs from so much of the judgment as dismissed the cross-complaint of the original defendant against the impleaded defendants granted and appeal dismissed, without costs, by consent.

Motion to dismiss appeal of the original defendant denied with leave to renew upon argument of the appeal.